UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SAYBREE FILLYAW, | § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-CV-21 |
| | § | |
| BRAD LIVINGSTON, *et al*, | § § | |
| | § | |
| Defendants. | § | |

### ORDER

Plaintiff seeks appointment of counsel to assist him in proceeding in this civil rights action. (Dkt. No. 25). While the court may, in its discretion, request that an attorney represent a person who is unable to employ counsel, there is no automatic right to appointment of counsel in a civil rights case. *See* 28 U.S.C. § 1915(e)(1); *Romero v. Becken*, 256 F.3d 349, 353-54 (5th Cir. 2001). Plaintiff may obtain an attorney willing to provide legal counsel on a contingent fee basis. In addition, the State Bar of Texas offers no-cost legal services to indigent State inmates who have suffered deprivations of constitutional rights. The services include assistance in administrative review of claims and representation of counsel in litigation.

This Court finds that this case does not warrant assignment of counsel at this time. The Court will exercise its discretionary authority to assign counsel, *sua sponte*, at such time as it deems assignment beneficial to the parties and the Court and to the proper administration of justice. Accordingly, plaintiff's motion for appointment of counsel (Dkt. No. 25) is **DENIED** at this time.

Plaintiff's motion for an extension of time to file a response to the order for more definite statement (Dkt. No. 26) is **GRANTED.** Plaintiff's response must be filed on or before October

30, 2015.  No further extensions of time will be granted absent an extremely good showing of cause.  Failure to timely comply with this order may result in the dismissal of this cause for want of prosecution without further notice.

It is so **ORDERED.**

SIGNED at GALVESTON, TEXAS this the 8 day of October, 2015.

*George C. Hanks*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE